**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Carmen Ortiz and Paul Elmore, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:16-cv-10975-IT |
| Stellar Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 16, 2017

Respectfully submitted,

PLAINTIFFS, Carmen Ortiz and Paul Elmore,

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.
B.B.O. No.: 650671
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 16, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Andrew M. Schneiderman, Esq.
Ranen S. Schechner, Esq.
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
*Attorneys for Defendant*

                                                By */s/ Sergei Lemberg*
                                                    Sergei Lemberg, Esq.